UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
*ELECTRONICALLY FILED*

| | |
|---|---|
| DONNA CHAMBERS, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>E. W. JAMES & SONS, INC., )<br>)<br>DEFENDANT. )<br>)<br>) | Civil Action No. 5:07-cv-135-JMH |

### DEFENDANT E. W. JAMES & SONS, INC.'S
### MOTION FOR ATTORNEY'S FEES AND EXPENSES

Pursuant to Fed. R. Civ. P. 11 and 54, 28 U.S.C. §1927, and this Court's inherent powers, Defendant E.W. James & Sons, Inc. ("E.W. James") respectfully moves the Court for an order awarding attorney's fees and litigation expenses in favor of E.W. James and against Plaintiff Donna Chambers ("Chambers") and Plaintiff's counsel.

In support of this motion, E.W. James relies upon the entire record in this action. E.W. James files concurrently with this motion and incorporates by reference a memorandum of law, declarations of its counsel with exhibits, and a form of Order granting the requested relief.

E.W. James requests that a total of $45,528.39 be awarded, a sum which represents the attorney fees ($42,186.26) and litigation expenses ($3,342.13) of Stoll Keenon Ogden PLLC (*see* attached declaration of John O. Sheller).

WHEREFORE, Defendant E.W. James respectfully requests that the Court GRANT its Motion for Attorney's Fees and Expenses; ENTER an order assessing attorney fees and litigation

expenses against Chambers and her counsel, jointly and severally; and GRANT E.W. James herein all other relief to which it may be entitled.

                Respectfully submitted,

                s/John O. Sheller_____
                John O. Sheller
                Jeffrey A. Calabrese
                STOLL KEENON OGDEN PLLC
                2000 PNC Plaza
                500 West Jefferson Street
                Louisville, KY  40202
                (502) 333-6000
                *Counsel for Defendant,*
                *E. W. James & Sons, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was served via the CM/ECF electronic filing system this 13th day of August, 2008, upon the following:

Darren L. Embry, Esq.
Law Offices of Darren L. Embry, PSC
1010 Monarch Drive, Suite 250
Lexington, Kentucky  40591

Joshua M. Robinson, Esq.
Coben & Associates
8710 East Vista Bonita Drive
Scottsdale, Arizona  85255

Douglas J. Hallock, Esq.
12109 Eastbay Court
Louisville, Kentucky  40245

*Counsel of Record for Plaintiff*

                s/ John O. Sheller_____
                *Counsel for Defendant,*
                *E. W. James & Sons, Inc.*

109522.127207/533312.1