# EXHIBIT 1

# Stoll Keenon Ogden PLLC
### 2000 PNC Plaza
### 500 West Jefferson Street
### Louisville, Kentucky  40202-2828
### 502 333-6000
### Tax ID # 61-0421389

E. W. James & Sons, Inc.
Attention: David Rhoades
1308-14 Nailling Drive
Union City,  TN  38261

June 14, 2007
Invoice #:  551683
Account #:  109522/127207

**Please return this page with your payment by July 14, 2007 to:**
**Stoll Keenon Ogden PLLC**
**P.O. Box 11969**
**Lexington, KY  40579-1969**

Re: adv. Chambers, Donna

| | |
|---|---|
| Fees rendered this bill | $ 3,465.00 |
| Disbursements | $ 354.52 |
| **Total Current Charges This Matter** | **$ 3,819.52** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 551683

Professional Services for the period through 05/31/07, including the following:

Re:  adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 05/08/07 | Review and analyze records supplied by client; Review and analyze Civil Complaint; Review and analyze EEOC position statement and exhibits; Review and analyze unemployment compensation proceedings; Investigate opposing counsel, Plaintiff, venue, judge and related issues; Prepare for conference with client to investigate facts and develop strategy. | JOS | 3.60 |
| 05/09/07 | Review and analyze additional records provided by client; Begin preparation of Answer to Complaint; Affirmative Defenses, Notice of Removal, and Notice to State Court of Removal. | JOS | 1.90 |
| 05/10/07 | Review and edit Notice of Removal, Notice of Filing Notice of Removal, Answer, Affirmative Defenses and other materials; Communicate with client regarding same; Communicate with Courts regarding same. | JOS | 0.50 |
| 05/12/07 | Communicate with opposing counsel regarding removal to Federal Court; Review and analyze Notice and docket entry regarding removal to Federal Court. | JOS | 0.20 |
| 05/15/07 | Communicate with client and opposing counsel regarding Answer and Removal; Attention to filing and serving Answer. | JOS | 0.30 |
| 05/16/07 | Review and analyze notice, docket entry and Order from Court regarding status conference; Email communication to Court regarding same. | JOS | 0.20 |
| 05/21/07 | Review and edit Answer to Complaint and Affirmative Defenses; Attention to filing and serving same; Began preparing discovery requests to opposing party. | JOS | 0.30 |
| 05/22/07 | Prepare Rule 7.1 Corporate Disclosure Statement. | JOS | 0.20 |
| 05/24/07 | Conference with opposing counsel regarding proposal for stipulation of damages and remand to state court. | JOS | 0.20 |
| 05/29/07 | Exchanged emails with opposing counsel regarding same; Review relevant case law regarding same. | JOS | 0.80 |
| 05/30/07 | Conference with opposing counsel regarding issues and arguments pertaining to removal, remand, stipulation of damages and related issues. | JOS | 0.30 |
| 05/31/07 | Preparation for conference with opposing counsel and Court regarding possible removal, stipulation to limit damages, simplification of issues, admission of fact, discovery planning and scheduling and related matters; Appeared for, attended and conducted conference with Court regarding same; Conference with | JOS | 1.40 |

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 551683

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| | opposing counsel and client regarding damages, remand, mediation, settlement, change of Judge and related issues. | | |

**Total Services**          **$3,465.00**

## Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| JOS | Sheller, J O | 9.90 | 350.00 | 3,465.00 |
| | Total Services | 9.90 | | $3,465.00 |

## Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 04/30/07 | 1(901)795-6695; 1 Mins. | JOS | $0.38 |
| 05/02/07 | 1(901)795-6695; 2 Mins. | JOS | $0.76 |
| 05/05/07 | 1(731)335-1118; 2 Mins. | JOS | $1.14 |
| 05/07/07 | 1(731)885-0601; 2 Mins. | MLL | $0.76 |
| 05/10/07 | 5/10 file notice of removal | JOS | $350.00 |
| | VENDOR: Sheller, John O; INVOICE#: 051807; DATE: 5/18/2007 | | |
| 05/11/07 | 1(731)885-0601; 1 Mins. | MLL | $0.38 |
| 05/16/07 | Duplicating Charges | | $0.30 |
| 05/21/07 | Duplicating Charges | | $0.80 |

**Total Disbursements**      **$354.52**

TOTAL FEES & DISBURSEMENTS      $3,819.52

**Total Current Charges This Matter**      **$3,819.52**

Keep this copy for your records.

### Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky  40202-2828
502 333-6000
Tax ID # 61-0421389

E. W. James & Sons, Inc.
Attention: David Rhoades
1308-14 Nailling Drive
Union City,  TN  38261

July 11, 2007
Invoice #:  553342
Account #:  109522/127207

**Please return this page with your payment by August 10, 2007 to:**
**Stoll Keenon Ogden PLLC**
**P.O. Box 11969**
**Lexington, KY  40579-1969**

Re: adv. Chambers, Donna

| | |
|---|---:|
| Fees rendered this bill | $ 1,388.00 |
| Disbursements | $ 8.76 |
| **Total Current Charges This Matter** | **$ 1,396.76** |
| | |
| Balance as of June 14, 2007 | $3,819.52 |
| Less payments on prior billings | $0.00 |
| **Balance due on prior billings** | **$3,819.52** |
| **Total Amount Due This Matter** | **$5,216.28** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 553342

Professional Services for the period through 06/30/07, including the following:

Re: adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 05/07/07 | Researched date of service of process on Kentucky online court database. | JAC | 0.20 |
| 05/08/07 | Discussed potential merits of case, experience of opposing counsel with John Sheller. | JAC | 0.20 |
| 05/11/07 | Studied, analyzed notice of removal; briefly reviewed contents of case file, including correspondence from opposing counsel; responded to phone message left by Josh Robinson, Esq. | JAC | 0.50 |
| 06/04/07 | Studied, analyzed court's order regarding possible judicial recusal issues. | JAC | 0.00 |
| 06/04/07 | Receipt and review of notice, docket entry and order from Clerk of Court and Judge regarding change of Judge; Prepared Motion to Recuse Judge regarding same; Prepared form of Order regarding same. | JOS | 0.40 |
| 06/08/07 | Exchanged emails with opposing counsel regarding removal, remand, stipulation of damages, recusal of Judge and related issues. | JOS | 0.20 |
| 06/14/07 | Studied, analyzed motion to recuse. | JAC | 0.00 |
| 06/14/07 | Attention to filing and serving Motion for Recusal of Judge; Receipt and review of Notice and docket entry from Clerk of Court regarding same; Conference with opposing counsel regarding same. | JOS | 0.20 |
| 06/19/07 | Studied, analyzed notice assigning case to new judge. | JAC | 0.00 |
| 06/19/07 | Receipt and review of Notice, docket entry and Order from Court and Clerk regarding recusal of Judge Coffman and reassignment to Judge Hood;                                  ; Review file regarding deadline for Plaintiff to move to remand to state court; Evaluate legal authorities on remand to state court. | JOS | 1.10 |
| 06/20/07 | Continued review and analysis of legal authorities to oppose Plaintiff's efforts to remand case to state court; Communications with opposing counsel regarding same. | JOS | 1.20 |
| 06/21/07 | Receipt and Review of Court Order, docket entry and notice from Clerk regarding Order for meeting and report; Docketed all dates and deadlines; Exchanged emails with client regarding same; Consider and analyze appropriate litigation and discovery plan. | JOS | 0.30 |
| 06/22/07 | Studied, analyzed court's order setting out guidelines for parties' discovery planning meeting. | JAC | 0.20 |
| 06/25/07 | Review and calendar Order re filing of Joint Status Report and Discovery Plan. | WNL | 0.30 |

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 553342

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|

**Total Services** $1,388.00

## Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| JAC | Calabrese, J A | 1.10 | 159.55 | 175.50 |
| WNL | Lucas, W N | 0.30 | 75.00 | 22.50 |
| JOS | Sheller, J O | 3.40 | 350.00 | 1,190.00 |
| | Total Services | 4.80 | | $1,388.00 |

## Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 05/16/07 | 1(731)885-0601; 2 Mins. | MLL | $0.76 |
| 05/24/07 | 1(859)552-6887; 1 Mins. | JOS | $0.38 |
| 05/29/07 | 1(731)885-0601; 6 Mins. | JOS | $2.28 |
| 05/29/07 | 1(859)288-5297; 2 Mins. | JOS | $1.14 |
| 05/31/07 | 1(731)885-0601; 10 Mins. | JOS | $3.80 |
| 06/14/07 | Duplicating Charges | | $0.40 |
| | **Total Disbursements** | | **$8.76** |

TOTAL FEES & DISBURSEMENTS $1,396.76

**Total Current Charges This Matter** **$1,396.76**

## Oustanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 06/14/07 | 551683 | $ 3,819.52 | $ 0.00 | $ 3,819.52 |

**Total Outstanding Invoices This Matter** **$3,819.52**

**Total Amount Due This Matter** **$5,216.28**

Keep this copy for your records.

### Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky  40202-2828
502 333-6000
Tax ID # 61-0421389

E. W. James & Sons, Inc.
Attention: David Rhoades
1308-14 Nailling Drive
Union City, TN  38261

August 20, 2007
Invoice #:  557196
Account #:  109522/127207

Please return this page with your payment by September 19, 2007 to:
Stoll Keenon Ogden PLLC
P.O. Box 11969
Lexington, KY  40579-1969

Re: adv. Chambers, Donna

| | |
|---|---|
| Fees rendered this bill | $ 1,421.50 |
| Disbursements | $ 383.70 |
| **Total Current Charges This Matter** | **$ 1,805.20** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 557196

Professional Services for the period through 07/31/07, including the following:

Re:  adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 07/03/07 | Drafted proposed parties' planning meeting report; studied, analyzed court's initial order, emails in file to prepare for same. | JAC | 1.00 |
| 07/03/07 | Review and edit Case Management and Litigation Plan to propose to Plaintiff's counsel. | JOS | 0.30 |
| 07/06/07 | Receipt and review of correspondence from client representative regarding request for status report and case assessment; Began preparing status report and case assessment; Review and edit litigation plan for Court. | JOS | 0.40 |
| 07/09/07 | Drafted email to accompany draft of parties' planning report, emailed to opposing counsel. | JAC | 0.20 |
| 07/09/07 | Review and edit status report to client; Exchanged emails with opposing counsel regarding discovery plan for Court. | JOS | 0.30 |
| 07/17/07 | Review and edit status report to client. | JOS | 0.10 |
| 07/23/07 | Emailed opposing counsel regarding parties' planning meeting report. | JAC | 0.10 |
| 07/26/07 | Studied, analyzed Plaintiff's proposed parties' planning meeting report; drafted memorandum. | JAC | 0.90 |
| 07/30/07 | Conference to discuss status of case, strategy for obtaining advantageous terms in parties' planning report. | JAC | 0.30 |
| 07/30/07 | Conference with opposing counsel regarding litigation plan; Review and analyze opposing counsel's proposed litigation plan; Review and edit proposed litigation plan. | JOS | 0.70 |
| 07/31/07 | Prepared for telephone conference with opposing counsel regarding parties' planning report; checked Court's order regarding necessary corporate disclosures; revised parties' planning meeting, drafted email to opposing counsel regarding differences between the parties. | JAC | 1.20 |
| 07/31/07 | Conference with opposing counsel regarding litigation plan. | JOS | 0.20 |

**Total Services**                                                          $1,421.50

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 557196

## Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| JAC | Calabrese, J A | 3.70 | 195.00 | 721.50 |
| JOS | Sheller, J O | 2.00 | 350.00 | 700.00 |
| | Total Services | 5.70 | | $1,421.50 |

## Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 05/31/07 | Westlaw Charges | JOS | $162.38 |
| 06/20/07 | Westlaw Charges | JOS | $217.92 |
| 07/26/07 | Duplicating Charges | | $0.40 |
| 07/26/07 | Telecopier Charges (Long Distance) | | $3.00 |
| | **Total Disbursements** | | **$383.70** |

TOTAL FEES & DISBURSEMENTS                                    $1,805.20

**Total Current Charges This Matter**                        **$1,805.20**

**Keep this copy for your records.**

# Stoll Keenon Ogden PLLC
### 2000 PNC Plaza
### 500 West Jefferson Street
### Louisville, Kentucky 40202-2828
### 502 333-6000
### Tax ID # 61-0421389

E. W. James & Sons, Inc.
Attention: David Rhoades
1308-14 Nailling Drive
Union City, TN 38261

September 10, 2007
Invoice #: 559172
Account #: 109522/127207

---

### Please return this page with your payment by October 10, 2007 to:
### Stoll Keenon Ogden PLLC
### P.O. Box 11969
### Lexington, KY 40579-1969

Re: adv. Chambers, Donna

| | |
|---|---|
| Fees rendered this bill | $ 2,045.50 |
| Disbursements | $ 14.42 |
| **Total Current Charges This Matter** | **$ 2,059.92** |
| | |
| Balance as of August 20, 2007 | $1,805.20 |
| Less payments on prior billings | $0.00 |
| **Balance due on prior billings** | **$1,805.20** |
| **Total Amount Due This Matter** | **$3,865.12** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 559172

Professional Services for the period through 08/31/07, including the following:

Re: adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 08/02/07 | Emailed opposing counsel regarding changes to parties' draft planning report. | JAC | 0.20 |
| 08/02/07 | Conference with opposing counsel regarding litigation plan. | JOS | 0.10 |
| 08/03/07 | Emailed opposing counsel regarding revisions, objections to draft parties' planning meeting report. | JAC | 0.60 |
| 08/03/07 | Receipt and review of notice and docket entry from Clerk of Court regarding Litigation Plan; Review and analyze Litigation Plan; Communications with client regarding same; Communcations with opposing counsel regarding same. | JOS | 0.30 |
| 08/06/07 | Phone conference with judge's law clerk regarding parties' planning report; studied, analyzed judge's subsequent formal scheduling order in case. | JAC | 0.40 |
| 08/06/07 | Receipt and review of notice and docket entry from Clerk of Court regarding litigation planning; Conference with Judge's Chambers regarding same; Exchanged emails with opposing counsel, client and Court regarding same; Review and analyze docket Scheduling Order; Correspondence to client regarding same; Develop discovery sources and inquiries; Review appearance from opposing counsel. | JOS | 0.90 |
| 08/07/07 | Conference with paralegal regarding public records searches regarding plaintiff. | JAC | 0.20 |
| 08/07/07 | Receipt and review of notice, docket entry and order from Clerk of Court regarding status of case and appearance of counsel for Plaintiff; Communications with opposing counsel and client representative about discovery and litigation planning. | JOS | 0.30 |
| 08/09/07 | Discussed procedure for open records act responses with paralegal. | JAC | 0.20 |
| 08/09/07 | Development of requests for information on Plaintiff from various sources for use in discovery and depositions. | JOS | 0.20 |
| 08/09/07 | Research re any past matters in USDC, Eastern District of Kentucky, Bankruptcy Court, Madison County Kentucky Civil and Criminal Matters; letters to EEOC and Department of Labor- OSHA re FOIA request for information regarding Ms. Chambers; letter to KY Department of Workers Claims, KOSHA and Kentucky Commission on Human Rights re KORA requests. | SKJ | 2.70 |
| 08/16/07 | Worked on gathering, organizing and summarizing information needed for initial Rule 26(a)(1) disclosures to Plaintiff. | JOS | 0.20 |
| 08/20/07 | Studied, analyzed responses to open records requests. | JAC | 0.20 |
| 08/20/07 | Review and analyze responses from Kentucky Commission on | JOS | 0.30 |

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 559172

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| | Human Rights to request for records on Plaintiff under Kentucky Open Records Act. | | |
| 08/23/07 | Studied, analyzed file contents; drafted Rule 26 initial disclosures; discussed same. | JAC | 2.10 |
| 08/23/07 | Worked on Rule 26 disclosures to Plaintiff and Rule 33, 34 and 36 Requests to Plaintiff. | JOS | 0.60 |

**Total Services**                                                      **$2,045.50**

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| SKJ | Jones, Stephanie K. | 2.70 | 100.00 | 270.00 |
| JAC | Calabrese, J A | 3.90 | 195.00 | 760.50 |
| JOS | Sheller, J O | 2.90 | 350.00 | 1,015.00 |
| | Total Services | 9.50 | | $2,045.50 |

### Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 05/01/07 | 1(859)254-0671; 2 Mins. | JAC | $0.76 |
| 05/02/07 | 1(859)514-6911; 1 Mins. | JAC | $0.76 |
| 05/02/07 | 1(731)335-1118; 1 Mins. | JAC | $0.38 |
| 05/02/07 | 1(859)254-0671; 4 Mins. | JAC | $1.52 |
| 05/02/07 | 1(859)252-4931; 2 Mins. | JAC | $1.14 |
| 07/31/07 | 1(859)514-6911; 1 Mins. | JAC | $0.38 |
| 08/03/07 | Duplicating Charges | | $0.10 |
| 08/06/07 | Duplicating Charges | | $0.10 |
| 08/06/07 | 1(859)233-2415; 4 Mins. | JAC | $1.52 |
| 08/07/07 | Duplicating Charges | | $1.50 |
| 08/09/07 | Duplicating Charges | | $0.90 |
| 08/09/07 | Duplicating Charges | | $0.80 |
| 08/09/07 | Duplicating Charges | | $3.20 |
| 08/09/07 | Duplicating Charges | | $0.50 |
| 08/09/07 | Duplicating Charges | | $0.10 |
| 08/09/07 | 1(859)624-4793; 1 Mins. | SKJ | $0.38 |
| 08/09/07 | 1(859)624-4720; 1 Mins. | SKJ | $0.38 |

**Total Disbursements**                                               **$14.42**

TOTAL FEES & DISBURSEMENTS                                        $2,059.92

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 559172

**Total Current Charges This Matter**                                                    **$2,059.92**

### Oustanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 08/20/07 | 557196 | $ 1,805.20 | $ 0.00 | $ 1,805.20 |

**Total Outstanding Invoices This Matter**                                               **$1,805.20**

**Total Amount Due This Matter**                                                          **$3,865.12**

**Keep this copy for your records.**

## Stoll Keenon Ogden PLLC
**2000 PNC Plaza**
**500 West Jefferson Street**
**Louisville, Kentucky  40202-2828**
**502 333-6000**
**Tax ID # 61-0421389**

E. W. James & Sons, Inc.                                October 5, 2007
Attention: David Rhoades                            Invoice #:  562457
1308-14 Nailling Drive                      Account #:  109522/127207
Union City, TN  38261

**Please return this page with your payment by November 4, 2007 to:**
**Stoll Keenon Ogden PLLC**
**P.O. Box 11969**
**Lexington, KY  40579-1969**

Re: adv. Chambers, Donna

| | |
|---|---:|
| Fees rendered this bill | $ 350.00 |
| Disbursements | $ 1.12 |
| **Total Current Charges This Matter** | **$ 351.12** |
| | |
| Balance as of September 10, 2007 | $3,865.12 |
| Less payments on prior billings | $-1,805.20 |
| **Balance due on prior billings** | **$2,059.92** |
| **Total Amount Due This Matter** | **$2,411.04** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 562457

Professional Services for the period through 09/30/07, including the following:

Re:  adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 09/05/07 | Drafted letter to opposing counsel reminding of their obligations to submit initial disclosures; studied, analyzed notice from EEOC dismissing plaintiff's charge of discrimination. | JAC | 0.70 |
| 09/06/07 | Review and edit correspondence to opposing counsel regarding disclosures and discovery. | JOS | 0.10 |
| 09/12/07 | Letter to EEOC re renewed FOIA request with charge number. | SKJ | 0.50 |
| 09/17/07 | Conference regarding discovery strategy. | JAC | 0.30 |
| 09/17/07 | Attention to securing compliance with discovery obligations by Plaintiff. | JOS | 0.20 |

**Total Services**      **$350.00**

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| JAC | Calabrese, J A | 1.00 | 195.00 | 195.00 |
| JOS | Sheller, J O | 0.30 | 350.00 | 105.00 |
| SKJ | Jones, Stephanie K. | 0.50 | 100.00 | 50.00 |
| | Total Services | 1.80 | | $350.00 |

### Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 08/09/07 | Pacer Service Research | | $0.32 |
| 09/06/07 | Duplicating Charges | | $0.40 |
| 09/06/07 | Duplicating Charges | | $0.20 |
| 09/12/07 | Duplicating Charges | | $0.10 |
| 09/12/07 | Duplicating Charges | | $0.10 |
| | **Total Disbursements** | | **$1.12** |

TOTAL FEES & DISBURSEMENTS      $351.12

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 562457

**Total Current Charges This Matter**                                              **$351.12**

## Oustanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 09/10/07 | 559172 | $ 2,059.92 | $ 0.00 | $ 2,059.92 |

**Total Outstanding Invoices This Matter**                                         **$2,059.92**

**Total Amount Due This Matter**                                                    **$2,411.04**

**Keep this copy for your records.**

## Stoll Keenon Ogden PLLC
**2000 PNC Plaza**
**500 West Jefferson Street**
**Louisville, Kentucky  40202-2828**
**502 333-6000**
**Tax ID # 61-0421389**

E. W. James & Sons, Inc.
Attention: David Rhoades
1308-14 Nailling Drive
Union City,  TN  38261

November 2, 2007
Invoice #:  566041
Account #:  109522/127207

**Please return this page with your payment by December 9, 2007 to:**
**Stoll Keenon Ogden PLLC**
**P.O. Box 11969**
**Lexington, KY  40579-1969**

Re: adv. Chambers, Donna

| | |
|---|---:|
| Fees rendered this bill | $ 537.00 |
| **Total Current Charges This Matter** | **$ 537.00** |
| | |
| Balance as of October 5, 2007 | $2,411.04 |
| Less payments on prior billings | $-2,059.92 |
| **Balance due on prior billings** | **$351.12** |
| **Total Amount Due This Matter** | **$888.12** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 566041

Professional Services for the period through 10/31/07, including the following:

Re: adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 10/09/07 | Analyzed possibility of drafting, submitting pre-discovery summary judgment motion. | JAC | 0.20 |
| 10/09/07 | Review and analyze status of Plaintiff's compliance with pretrial obligations; Consider and evaluate ability to obtain summary judgment in case without deposing Plaintiff or conducting other discovery. | JOS | 0.40 |
| 10/10/07 | Develop strategy and plan for conducting discovery and motion practice with objective of having case dismissed prior to trial. | JOS | 0.60 |
| 10/11/07 | Analyzed possible contents of early summary judgment motion, brief. | JAC | 0.40 |
| 10/11/07 | Plan and prepare for presentation of facts, documents, issues, and arguments for motion to dismiss case prior to trial. | JOS | 0.20 |

**Total Services** $537.00

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| JAC | Calabrese, J A | 0.60 | 195.00 | 117.00 |
| JOS | Sheller, J O | 1.20 | 350.00 | 420.00 |
| | Total Services | 1.80 | | $537.00 |

TOTAL FEES & DISBURSEMENTS $537.00

**Total Current Charges This Matter** **$537.00**

### Oustanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 10/05/07 | 562457 | $ 351.12 | $ 0.00 | $ 351.12 |

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 566041

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| **Total Outstanding Invoices This Matter** | | | | **$351.12** |
| **Total Amount Due This Matter** | | | | **$888.12** |

**Keep this copy for your records.**

# Stoll Keenon Ogden PLLC
**2000 PNC Plaza**
**500 West Jefferson Street**
**Louisville, Kentucky  40202-2828**
**502 333-6000**
**Tax ID # 61-0421389**

E. W. James & Sons, Inc.                                                        December 13, 2007
Attention: David Rhoades                                                    Invoice #:  569197
1308-14 Nailling Drive                                                   Account #:  109522/127207
Union City,  TN  38261

---

**Please return this page with your payment by January 12, 2008 to:**
**Stoll Keenon Ogden PLLC**
**P.O. Box 11969**
**Lexington, KY  40579-1969**

Re: adv. Chambers, Donna

| | |
|---|---:|
| Fees rendered this bill | $ 3,871.50 |
| Disbursements | $ 0.76 |
| **Total Current Charges This Matter** | **$ 3,872.26** |
| | |
| Balance as of November 2, 2007 | $888.12 |
| Less payments on prior billings | $-351.12 |
| **Balance due on prior billings** | **$537.00** |
| **Total Amount Due This Matter** | **$4,409.26** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 569197

Professional Services for the period through 11/30/07, including the following:

Re: adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|---|---|---|---|
| 11/09/07 | Drafted memorandum in support of motion for summary judgment. | JAC | 3.20 |
| 11/12/07 | Drafted memorandum in support of motion for summary judgment. | JAC | 5.40 |
| 11/13/07 | Drafted memorandum in support of motion for summary judgment. | JAC | 2.40 |
| 11/13/07 | Communications with counsel for Plaintiff regarding disclosures and discovery; plan and prepare for same. | JOS | 0.50 |
| 11/14/07 | Prepared for, participated in email, phone conferences with _____ reviewed case law giving video evidence substantial weight on summary judgment. | JAC | 0.70 |
| 11/14/07 | Plan and prepare for witness interviews; plan and prepare for Motion for Summary Judgment; development of arguments, authorities and evidence for Motion for Summary Judgment. | JOS | 0.30 |
| 11/21/07 | Studied, analyzed email from | JAC | 0.10 |
| 11/29/07 | Studied, analyzed file contents, drafted questions in preparation for E.W. James & Sons employee interviews. | JAC | 1.50 |
| 11/30/07 | Prepared for, conducted interviews of | JAC | 4.40 |
| 11/30/07 | Conference with witnesses and client representative regarding interviews and factual investigation of events leading to lawsuit; receive report and summary on outcome of witness interviews. | JOS | 0.40 |

**Total Services**      **$3,871.50**

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|
| JAC | Calabrese, J A | 17.70 | 195.00 | 3,451.50 |
| JOS | Sheller, J O | 1.20 | 350.00 | 420.00 |
| | Total Services | 18.90 | | $3,871.50 |

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 569197

## Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 11/14/07 | 1(731)885-0601; 2 Mins. | JAC | $0.76 |
| | **Total Disbursements** | | $0.76 |

| | | |
|---|---|---|
| TOTAL FEES & DISBURSEMENTS | | $3,872.26 |
| **Total Current Charges This Matter** | | **$3,872.26** |

## Oustanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 11/02/07 | 566041 | $ 537.00 | $ 0.00 | $ 537.00 |
| **Total Outstanding Invoices This Matter** | | | | **$537.00** |
| **Total Amount Due This Matter** | | | | **$4,409.26** |

**Keep this copy for your records.**

### Stoll Keenon Ogden PLLC
**2000 PNC Plaza**
**500 West Jefferson Street**
**Louisville, Kentucky 40202-2828**
**502 333-6000**
**Tax ID # 61-0421389**

E. W. James & Sons, Inc.                                                      January 7, 2008
Attention: David Rhoades                                            Invoice #:  573114
1308-14 Nailling Drive                                          Account #:  109522/127207
Union City, TN  38261

---

**Please return this page with your payment by February 6, 2008 to:**
**Stoll Keenon Ogden PLLC**
**P.O. Box 11969**
**Lexington, KY  40579-1969**

Re: adv. Chambers, Donna

| | |
|---|---:|
| Fees rendered this bill | $ 2,299.00 |
| Disbursements | $ 252.07 |
| **Total Current Charges This Matter** | **$ 2,551.07** |
| | |
| Balance as of December 13, 2007 | $4,409.26 |
| Less payments on prior billings | $-537.00 |
| **Balance due on prior billings** | **$3,872.26** |
| **Total Amount Due This Matter** | **$6,423.33** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 573114

Professional Services for the period through 12/31/07, including the following:

Re:  adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 12/03/07 | Conference with client regarding results of witness interviews. | JOS | 0.20 |
| 12/06/07 | Revised motion for summary judgment brief to reflect interviews ; researched legal authority used by Sixth Circuit courts regarding framework for analyzing disability discrimination cases; analyzed notes from interviews. | JAC | 2.90 |
| 12/07/07 | Conference regarding legal arguments to be used in summary judgment brief, legal authority to support said arguments; researched legal authority setting out framework for analyzing disability discrimination claims in this federal circuit. | JAC | 1.90 |
| 12/07/07 | Development of areas of inquiry for additional witness interviews; development of arguments and authorities for summary judgment motion. | JOS | 0.60 |
| 12/11/07 | Developed procedure for phone interviews briefly reviewed client documents relating to Lexington employee terminated for cursing in front of a customer. | JAC | 0.20 |
| 12/11/07 | Preparation of materials needed for interviews of management and human resources employees; receipt of package from client regarding same. | JOS | 0.30 |
| 12/12/07 | Emailed client regarding phone interviews | JAC | 0.10 |
| 12/14/07 | Receive, review and analyze two Court Orders regarding settlement conference, pretrial conference, pretrial compliance, and settlement statements; docketed all specific dates and deadlines; correspondence to client regarding same. | JOS | 0.40 |
| 12/19/07 | Prepared for, participated in phone interviews | JAC | 2.70 |
| 12/20/07 | Phone interview of ¨ | JAC | 0.40 |
| 12/20/07 | Review evidence supplied by client regarding comparable case for purposes of rule enforcement. | JOS | 0.20 |
| 12/28/07 | Receive and review package from client regarding evidence needed for defense of discrimination suit. | JOS | 0.30 |

**Total Services**                                                      $2,299.00

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 573114

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| JAC | Calabrese, J A | 8.20 | 195.00 | 1,599.00 |
| JOS | Sheller, J O | 2.00 | 350.00 | 700.00 |
| | Total Services | 10.20 | | $2,299.00 |

### Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 11/12/07 | Westlaw Charges | JAC | $251.67 |
| 12/14/07 | Duplicating Charges | | $0.40 |
| | **Total Disbursements** | | **$252.07** |

TOTAL FEES & DISBURSEMENTS $2,551.07

**Total Current Charges This Matter** **$2,551.07**

### Oustanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 12/13/07 | 569197 | $ 3,872.26 | $ 0.00 | $ 3,872.26 |
| **Total Outstanding Invoices This Matter** | | | | **$3,872.26** |
| **Total Amount Due This Matter** | | | | **$6,423.33** |

**Keep this copy for your records.**

# Stoll Keenon Ogden PLLC
## 2000 PNC Plaza
### 500 West Jefferson Street
### Louisville, Kentucky 40202-2828
### 502 333-6000
### Tax ID # 61-0421389

E. W. James & Sons, Inc.
Attention: David Rhoades
1308-14 Nailling Drive
Union City, TN 38261

February 8, 2008
Invoice #: 576239
Account #: 109522/127207

---

Please return this page with your payment by March 9, 2008 to:
Stoll Keenon Ogden PLLC
P.O. Box 11969
Lexington, KY 40579-1969

Re: adv. Chambers, Donna

| | |
|---|---:|
| Fees rendered this bill | $ 12,346.00 |
| Disbursements | $ 260.59 |
| **Total Current Charges This Matter** | **$ 12,606.59** |
| | |
| Balance as of January 7, 2008 | $6,423.33 |
| Less payments on prior billings | $-3,872.26 |
| **Balance due on prior billings** | **$2,551.07** |
| **Total Amount Due This Matter** | **$15,157.66** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 576239

Professional Services for the period through 01/31/08, including the following:

Re: adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 01/03/08 | Review and analysis of evidence to be used in connection with summary judgment motion. | JOS | 0.30 |
| 01/03/08 | Telephone conference with Donna Williams of the EEOC re FOIA request; letter to EEOC confirming request for copies of all records. | SKJ | 0.50 |
| 01/14/08 | Studied, analyzed EEOC's file on Donna Chambers. | JAC | 0.20 |
| 01/16/08 | Drafted, revised brief in support of motion for summary judgment. | JAC | 3.60 |
| 01/16/08 | Worked on Motion for Summary Judgment; consider and evaluate defense strategy in light of inactivity by and lack of discovery from Plaintiff. | JOS | 0.30 |
| 01/17/08 | Drafted brief in support of motion for summary judgment; researched case law in support of same. | JAC | 6.80 |
| 01/17/08 | Development of arguments, authorities, exhibits and other materials for summary judgment motion. | JOS | 0.50 |
| 01/18/08 | Revised brief in support of motion for summary judgment. | JAC | 0.20 |
| 01/18/08 | Worked on Brief in Support of Defendant's Motion for Summary Judgment. | JOS | 2.10 |
| 01/24/08 | Revised brief in support of motion for summary judgment. | JAC | 2.00 |
| 01/25/08 | Revised brief in support of motion for summary judgment; researched legal authority in support of same. | JAC | 3.20 |
| 01/25/08 | Worked on developing and drafting arguments, authorities and exhibits for summary judgment motion. | JOS | 0.70 |
| 01/28/08 | Revised brief in support of motion for summary judgment; drafted affidavits in support of same. | JAC | 7.50 |
| 01/28/08 | Revise and edit Memorandum in Support of Motion for Summary Judgment; develop affidavits and exhibits for same; correspondence to client regarding same; review emails with client regarding same. | JOS | 4.80 |
| 01/29/08 | Revised brief, affidavits in support of motion for summary judgment. | JAC | 7.00 |
| 01/29/08 | Continued development of arguments, authorities, exhibits and affidavits for Motion for Summary Judgment; revise and edit supporting brief and affidavits. | JOS | 2.80 |
| 01/30/08 | Revised brief, affidavits in support of motion for summary judgment; drafted motion for summary judgment, proposed order regarding same; sent drafts of summary judgment materials to client. | JAC | 1.70 |

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 576239

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 01/30/08 | Continued development and preparation of arguments, authorities, exhibits, affidavits and other supporting materials for Motion for Summary Judgment; review and analyze feedback from client and witnesses on affidavits and other materials. | JOS | 1.90 |
| 01/31/08 | analyzed Answer to complaint to ensure no further amendments necessary before amendment deadline. | JAC | 0.60 |
| 01/31/08 | Continued work on Motion for Summary Judgment and all supporting materials. | JOS | 1.10 |

**Total Services**        **$12,346.00**

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| JAC | Calabrese, J A | 32.80 | 220.00 | 7,216.00 |
| JOS | Sheller, J O | 14.50 | 350.00 | 5,075.00 |
| SKJ | Jones, Stephanie K. | 0.50 | 110.00 | 55.00 |
| | Total Services | 47.80 | | $12,346.00 |

### Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 11/12/07 | Pacer Service Research | | $3.20 |
| 12/06/07 | Pacer Service Research | | $0.56 |
| 12/07/07 | Westlaw Charges | JAC | $222.73 |
| 12/19/07 | 1(731)352-2409; 14 Mins. | JAC | $5.32 |
| 12/19/07 | 1(731)885-0601; 61 Mins. | JAC | $23.18 |
| 01/03/08 | Duplicating Charges | | $0.90 |
| 01/29/08 | Duplicating Charges | | $4.70 |

**Total Disbursements**        **$260.59**

TOTAL FEES & DISBURSEMENTS        $12,606.59

**Total Current Charges This Matter**        **$12,606.59**

### Oustanding Invoices

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 576239

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 01/07/08 | 573114 | $ 2,551.07 | $ 0.00 | $ 2,551.07 |
| **Total Outstanding Invoices This Matter** | | | | **$2,551.07** |
| **Total Amount Due This Matter** | | | | **$15,157.66** |

**Keep this copy for your records.**

## Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202-2828
502 333-6000
Tax ID # 61-0421389

E. W. James & Sons, Inc.                                        March 6, 2008
Attention: David Rhoades                                  Invoice #: 577926
1308-14 Nailling Drive                              Account #: 109522/127207
Union City, TN 38261

---

Please return this page with your payment by April 5, 2008 to:
Stoll Keenon Ogden PLLC
P.O. Box 11969
Lexington, KY 40579-1969

Re: adv. Chambers, Donna

| | |
|---|---|
| Fees rendered this bill | $ 1,340.00 |
| Disbursements | $ 1,293.44 |
| **Total Current Charges This Matter** | **$ 2,633.44** |
| | |
| Balance as of February 8, 2008 | $15,157.66 |
| Less payments on prior billings | $-2,551.07 |
| **Balance due on prior billings** | **$12,606.59** |
| **Total Amount Due This Matter** | **$15,240.03** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 577926

Professional Services for the period through 02/29/08, including the following:

Re: adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 02/04/08 | Revised declaration; revised summary judgment brief accordingly. | JAC | 0.80 |
| 02/04/08 | Review and analyze witnesses' changes to Affidavits supporting summary judgment motion; continued review and analysis of case law to be cited in brief in support of Motion for Summary Judgment. | JOS | 1.30 |
| 02/06/08 | Continued development of arguments, authorities, affidavits, exhibits, appendix and related materials in support of Motion for Summary Judgment. | JOS | 1.10 |
| 02/07/08 | Worked on Motion for Summary Judgment and supporting documents. | JOS | 0.50 |
| 02/12/08 | Worked on supporting materials for summary judgment motion. | JOS | 0.30 |
| 02/20/08 | Drafted email to client following up on summary judgment materials. | JAC | 0.20 |

**Total Services**        **$1,340.00**

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| JAC | Calabrese, J A | 1.00 | 220.00 | 220.00 |
| JOS | Sheller, J O | 3.20 | 350.00 | 1,120.00 |
| | Total Services | 4.20 | | $1,340.00 |

### Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 01/29/08 | Westlaw Charges | JOS | $406.64 |
| 01/30/08 | Westlaw Charges | JAC | $886.80 |
| | **Total Disbursements** | | **$1,293.44** |

TOTAL FEES & DISBURSEMENTS        $2,633.44

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 577926

**Total Current Charges This Matter**                                    **$2,633.44**

### Oustanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 02/08/08 | 576239 | $ 12,606.59 | $ 0.00 | $ 12,606.59 |

**Total Outstanding Invoices This Matter**                              **$12,606.59**

**Total Amount Due This Matter**                                        **$15,240.03**

**Keep this copy for your records.**

# Stoll Keenon Ogden PLLC
### 2000 PNC Plaza
### 500 West Jefferson Street
### Louisville, Kentucky 40202-2828
### 502 333-6000
### Tax ID # 61-0421389

E. W. James & Sons, Inc.
Attention: David Rhoades
1308-14 Nailling Drive
Union City, TN 38261

April 7, 2008
Invoice #: 581123
Account #: 109522/127207

**Please return this page with your payment by May 7, 2008 to:**
**Stoll Keenon Ogden PLLC**
**P.O. Box 11969**
**Lexington, KY 40579-1969**

Re: adv. Chambers, Donna

| | |
|---|---|
| Fees rendered this bill | $ 1,702.00 |
| Disbursements | $ 153.42 |
| **Total Current Charges This Matter** | **$ 1,855.42** |
| | |
| Balance as of March 6, 2008 | $15,240.03 |
| Less payments on prior billings | $-12,606.59 |
| **Balance due on prior billings** | **$2,633.44** |
| **Total Amount Due This Matter** | **$4,488.86** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 581123

Professional Services for the period through 03/31/08, including the following:

Re: adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 03/03/08 | Emailed client regarding originally signed declarations in support of summary judgment. | JAC | 0.30 |
| 03/03/08 | Review and analyze package of materials from client needed for summary judgment motion. | JOS | 0.20 |
| 03/04/08 | Phone conference with Doug Hallock regarding discovery, settlement; | JAC | 0.40 |
| 03/04/08 | Phone conference with opposing counsel, client regarding possible settlement. | JAC | 0.50 |
| 03/04/08 | Worked on summary judgment motion and supporting materials; communications with opposing counsel regarding discovery and settlement. | JOS | 0.30 |
| 03/10/08 | Communications with client representative regarding summary judgment motion and settlement. | JOS | 0.20 |
| 03/12/08 | Work on preparing Motion for Summary Judgment and supporting papers for submission to District Court. | JOS | 0.20 |
| 03/18/08 | Revised brief in support of summary judgment; assembled exhibits to same; drafted notice of filing of non-conventional exhibit (DVR recording). | JAC | 1.50 |
| 03/18/08 | Worked on various documents to be filed in support of Motion for Summary Judgment. | JOS | 0.90 |
| 03/19/08 | Revised summary judgment motion, brief, order; revised cover letters to opposing counsel, clerk of court. | JAC | 0.90 |
| 03/19/08 | Revise and edit Motion for Summary Judgment and supporting papers. | JOS | 0.60 |
| 03/20/08 | Communications with Clerk of Court regarding filing of summary judgment materials; review correspondence regarding same. | JOS | 0.20 |

**Total Services**                                                                                    $1,702.00

**Summary of Services**

| Init | Timekeeper | Hours | Rate | Value |
|------|------------|-------|------|-------|

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 581123

| | | | | | |
|---|---|---|---|---|---|
| JAC | Calabrese, J A | | 3.60 | 220.00 | 792.00 |
| JOS | Sheller, J O | | 2.60 | 350.00 | 910.00 |
| | Total Services | | 6.20 | | $1,702.00 |

## Disbursements

| Date | Description | Tkpr | Amount |
|---|---|---|---|
| 02/04/08 | Westlaw Charges | JOS | $29.52 |
| 03/04/08 | 1(731)885-0601; 11 Mins. | JAC | $4.18 |
| 03/19/08 | Duplicating Charges | | $0.50 |
| 03/19/08 | Duplicating Charges | | $23.80 |
| 03/19/08 | 3/19 101 Barr Street-Lexington | TLB | $83.32 |
| | VENDOR: Burris, Teresa L; INVOICE#: 032808; DATE: 3/28/2008 | | |
| 03/20/08 | Duplicating Charges | | $11.90 |
| 03/20/08 | Duplicating Charges | | $0.20 |
| | **Total Disbursements** | | **$153.42** |

TOTAL FEES & DISBURSEMENTS                    $1,855.42

**Total Current Charges This Matter**              **$1,855.42**

## Outstanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|---|---|---|---|---|
| 03/06/08 | 577926 | $ 2,633.44 | $ 0.00 | $ 2,633.44 |
| **Total Outstanding Invoices This Matter** | | | | **$2,633.44** |
| **Total Amount Due This Matter** | | | | **$4,488.86** |

**Keep this copy for your records.**

# Stoll Keenon Ogden PLLC
**2000 PNC Plaza**
**500 West Jefferson Street**
**Louisville, Kentucky  40202-2828**
**502 333-6000**
**Tax ID # 61-0421389**

E. W. James & Sons, Inc.
Attention: David Rhoades
1308-14 Nailling Drive
Union City,  TN  38261

May 6, 2008
Invoice #:  583969
Account #:  109522/127207

**Please return this page with your payment by June 5, 2008 to:**
**Stoll Keenon Ogden PLLC**
**P.O. Box 11969**
**Lexington, KY  40579-1969**

Re: adv. Chambers, Donna

| | |
|---|---:|
| Fees rendered this bill | $ 4,089.00 |
| Disbursements | $ 168.30 |
| **Total Current Charges This Matter** | **$ 4,257.30** |
| | |
| Balance as of April 7, 2008 | $4,488.86 |
| Less payments on prior billings | $-2,633.44 |
| **Balance due on prior billings** | **$1,855.42** |
| **Total Amount Due This Matter** | **$6,112.72** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 583969

Professional Services for the period through 04/30/08, including the following:

Re: adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 04/03/08 | Conference with opposing counsel regarding settlement, summary judgment, discovery and related matters. | JOS | 0.30 |
| 04/04/08 | Emailed client regarding status of settlement negotiations, summary judgment briefing schedule. | JAC | 0.30 |
| 04/04/08 | Communications with client regarding settlement proposal and terms; communications with opposing counsel regarding same. | JOS | 0.40 |
| 04/08/08 | Emailed client regarding settlement negotiations. | JAC | 0.10 |
| 04/10/08 | Studied, analyzed Plaintiff's summary judgment response, evidentiary materials; researched Fed. R. Civ. P. 56 (f), (g) case law for use with same; identified weaknesses in brief; drafted email to opposing counsel regarding missing exhibit. | JAC | 2.00 |
| 04/11/08 | Emailed client | JAC | 0.20 |
| 04/14/08 | Studied, analyzed plaintiff's summary judgment response for weaknesses to exploit in reply brief; studied, analyzed email from client | JAC | 1.40 |
| 04/14/08 | Review and analyze Plaintiff's Response to Defendant's Motion for Summary Judgment; review and analyze materials compiled by client to refute Plaintiff's response to summary judgment motion; review and analyze communications with opposing counsel regarding same. | JOS | 0.90 |
| 04/15/08 | Researched case law regarding inadequacy of conclusory affidavits to support summary judgment response, allegations of comparators; researched Rule 56(e) regarding requirements for affidavits; reviewed Plaintiff's affidavit for shortcomings. | JAC | 1.70 |
| 04/15/08 | Continued review and analysis of Plaintiff's Response to Motion for Summary Judgment; began developing arguments, authorities, evidence and other materials for rebuttal of Plaintiff's response. | JOS | 0.30 |
| 04/16/08 | Conference regarding reply brief in support of summary judgment, motion to strike Plaintiff's evidence offered in opposition to summary judgment; researched case law regarding effect of failure to comply with discovery obligations on party's summary judgment efforts. | JAC | 2.10 |
| 04/16/08 | Development of arguments and authorities for Reply Brief in Support of Motion for Summary Judgment; development of arguments and authorities for Motion to Strike Plaintiff's Affidavit. | JOS | 0.30 |
| 04/17/08 | Drafted motion to strike; reply in support of summary judgment. | JAC | 1.90 |

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 583969

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 04/17/08 | Continued development of arguments, authorities, evidence and other materials for Reply Brief on Motion for Summary Judgment and Motion to Strike Plaintiff's Affidavit. | JOS | 1.40 |
| 04/18/08 | Drafted motion to strike. | JAC | 1.80 |
| 04/20/08 | Revised memorandum in support of motion to strike Plaintiff's summary judgment evidence. | JAC | 0.40 |
| 04/21/08 | Studied, analyzed shortcomings of Plantiff's summary judgment response. | JAC | 0.80 |
| 04/21/08 | Receive and review notice, docket entry and court order regarding briefing on summary judgment motion. | JOS | 0.10 |

**Total Services** **$4,089.00**

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|------------|-------|------|-------|
| JAC | Calabrese, J A | 12.70 | 220.00 | 2,794.00 |
| JOS | Sheller, J O | 3.70 | 350.00 | 1,295.00 |
| | Total Services | 16.40 | | $4,089.00 |

### Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 03/19/08 | Westlaw Charges | JAC | $168.30 |
| | **Total Disbursements** | | **$168.30** |

TOTAL FEES & DISBURSEMENTS $4,257.30

**Total Current Charges This Matter** **$4,257.30**

### Outstanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 04/07/08 | 581123 | $ 1,855.42 | $ 0.00 | $ 1,855.42 |

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 583969

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| **Total Outstanding Invoices This Matter** | | | | $1,855.42 |
| **Total Amount Due This Matter** | | | | $6,112.72 |

**Keep this copy for your records.**

# Stoll Keenon Ogden PLLC
**2000 PNC Plaza**
**500 West Jefferson Street**
**Louisville, Kentucky 40202-2828**
**502 333-6000**
**Tax ID # 61-0421389**

E. W. James & Sons, Inc.
Attention: David Rhoades
1308-14 Nailling Drive
Union City, TN 38261

June 6, 2008
Invoice #: 586788
Account #: 109522/127207

**Please return this page with your payment by July 6, 2008 to:**
**Stoll Keenon Ogden PLLC**
**P.O. Box 11969**
**Lexington, KY 40579-1969**

Re: adv. Chambers, Donna

| | |
|---|---:|
| Fees rendered this bill | $ 6,226.00 |
| Disbursements | $ 230.92 |
| **Total Current Charges This Matter** | **$ 6,456.92** |
| | |
| Balance as of May 6, 2008 | $6,112.72 |
| Less payments on prior billings | $0.00 |
| **Balance due on prior billings** | **$6,112.72** |
| **Total Amount Due This Matter** | **$12,569.64** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 586788

Professional Services for the period through 05/31/08, including the following:

Re:  adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 05/02/08 | Drafted motion to strike Plaintiff's summary judgment materials, proposed order, memorandum in support of same. | JAC | 5.30 |
| 05/03/08 | Drafted reply brief in support of Defendant's motion for summary judgment. | JAC | 8.40 |
| 05/05/08 | Drafted reply brief in support of motion for summary judgment, brief in support of motion of strike. | JAC | 3.80 |
| 05/05/08 | Revise and edit Reply Brief in Support of Motion for Summary Judgment; revise and edit Motion to Strike Plaintiff's Affidavit and Exhibits. | JOS | 5.20 |
| 05/06/08 | Review and analyze notice and docket entries from Clerk of Court regarding briefing on Motion to Strike and Motion for Summary Judgment; docket deadline for discovery requests. | JOS | 0.40 |
| 05/20/08 | Worked on Reply Brief in Support of Defendant's Motion to Strike Plaintiff's Affidavit opposing Defendant's Motion for Summary Judgment. | JOS | 0.40 |
| 05/27/08 | Conference regarding possibility of Rule 11 procedures sanctioning Plaintiff's counsel for bringing frivolous claim. | JAC | 0.30 |
| 05/27/08 | Began preparation of Rule 11 motion in light of Plaintiff's failure to respond to Motion to Strike Affidavit. | JOS | 0.60 |

**Total Services**                                                                          **$6,226.00**

**Summary of Services**

| Init | Timekeeper | Hours | Rate | Value |
|------|------------|-------|------|-------|
| JAC | Calabrese, J A | 17.80 | 220.00 | 3,916.00 |
| JOS | Sheller, J O | 6.60 | 350.00 | 2,310.00 |
| | Total Services | 24.40 | | $6,226.00 |

**Disbursements**

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 586788

| Date | Description | | Tkpr | Amount |
|------|-------------|--|------|--------|
| 04/02/08 | 1(317)844-6724; 1 Mins. | | JOS | $0.76 |
| 04/10/08 | Westlaw Charges | | JAC | $230.16 |
| | **Total Disbursements** | | | $230.92 |

TOTAL FEES & DISBURSEMENTS                                            $6,456.92

**Total Current Charges This Matter**                                **$6,456.92**

### Outstanding Invoices

| Date | Invoice No. | Billed Amount | Payment/Credits | Balance Due |
|------|-------------|---------------|-----------------|-------------|
| 04/07/08 | 581123 | $ 1,855.42 | $ 0.00 | $ 1,855.42 |
| 05/06/08 | 583969 | $ 4,257.30 | $ 0.00 | $ 4,257.30 |
| **Total Outstanding Invoices This Matter** | | | | **$6,112.72** |
| **Total Amount Due This Matter** | | | | **$12,569.64** |

**Keep this copy for your records.**

# Stoll Keenon Ogden PLLC
### 2000 PNC Plaza
### 500 West Jefferson Street
### Louisville, Kentucky  40202-2828
### 502 333-6000
### Tax ID # 61-0421389

E. W. James & Sons, Inc.                                    July 10, 2008
Attention: David Rhoades                              Invoice #:  589941
1308-14 Nailling Drive                          Account #:  109522/127207
Union City,  TN  38261

### Please return this page with your payment by August 9, 2008 to:
### Stoll Keenon Ogden PLLC
### P.O. Box 11969
### Lexington, KY  40579-1969

Re: adv. Chambers, Donna

| | |
|---|---:|
| Fees rendered this bill | $ 1,097.00 |
| Disbursements | $ 220.11 |
| **Total Current Charges This Matter** | **$ 1,317.11** |
| | |
| Balance as of June 6, 2008 | $12,569.64 |
| Less payments on prior billings | $-6,112.72 |
| **Balance due on prior billings** | **$6,456.92** |
| **Total Amount Due This Matter** | **$7,774.03** |

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 589941

Professional Services for the period through 06/30/08, including the following:

Re: adv. Chambers, Donna
Our Reference: 109522/127207/JOS/1301

| Date | Description | Tkpr | Hours |
|------|-------------|------|-------|
| 06/11/08 | Conference regarding Rule 11 motion; researched relevant Sixth Circuit case law; evaluated whether opposing counsel had a duty to withdraw offending pleadings. | JAC | 2.00 |
| 06/11/08 | Worked on development of arguments, authorities, exhibits and other materials for Rule 11 Motion. | JOS | 1.10 |
| 06/18/08 | Studied, analyzed correspondence from client regarding Rule 11 motions. | JAC | 0.10 |
| 06/18/08 | Exchanged emails with client representatives regarding summary judgment motion and Rule 11 motion. | JOS | 0.20 |
| 06/26/08 | Researched cases in other circuits where Rule 11 sanctions were awarded due to lack of prosecution of baseless claims. | JAC | 0.50 |
| 06/30/08 | Draft and edit status report to client representatives. | JOS | 0.20 |

|  |  |  |  |
|--|--|--|--|
| **Total Services** | | | **$1,097.00** |

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|------|-----------|-------|------|-------|
| JAC | Calabrese, J A | 2.60 | 220.00 | 572.00 |
| JOS | Sheller, J O | 1.50 | 350.00 | 525.00 |
|  | Total Services | 4.10 |  | $1,097.00 |

### Disbursements

| Date | Description | Tkpr | Amount |
|------|-------------|------|--------|
| 05/05/08 | Westlaw Charges | JAC | $160.12 |
| 05/20/08 | Westlaw Charges | JOS | $59.99 |
|  | **Total Disbursements** |  | **$220.11** |

TOTAL FEES & DISBURSEMENTS                          $1,317.11

**Keep this copy for your records.**

E. W. James & Sons, Inc.

Stoll Keenon Ogden PLLC
Invoice No. 589941

**Total Current Charges This Matter**                                               **$1,317.11**

### Outstanding Invoices

| <u>Date</u> | <u>Invoice No.</u> | <u>Billed Amount</u> | <u>Payment/Credits</u> | <u>Balance Due</u> |
|---|---|---|---|---|
| 06/06/08 | 586788 | $ 6,456.92 | $ 0.00 | $ 6,456.92 |

**Total Outstanding Invoices This Matter**                                         **$6,456.92**

**Total Amount Due This Matter**                                                    **$7,774.03**

**Keep this copy for your records.**