# EXHIBIT A



# STOLL·KEENON·OGDEN
### PLLC

2000 PNC Plaza
500 West Jefferson
Louisville, KY 40202
(502) 333-6000
Fax: (502) 333-6099
www.skofirm.com

JOHN O. SHELLER
(502) 560-4288 (Direct)
(502) 562-0939 (Direct Fax)
john.sheller@skofirm.com

July 18, 2008

Darren L. Embry, Esq.
Law Offices of Darren L. Embry, PSC
1010 Monarch Drive, Suite 250
Lexington, Kentucky 40591

Joshua M. Robinson, Esq.
Coben & Associates
8710 East Vista Bonita Drive
Scottsdale, Arizona 85255

Douglas J. Hallock, Esq.
12109 Eastbay Court
Louisville, Kentucky 40245

      Re:    *Donna Chambers v. E.W. James & Sons, Inc.*
               United States District Court, Eastern District of Kentucky
               Case No. 5:07-cv-135-JMH
               Our File No: 109522/127207

Dear Counsel of Record:

      As you are aware, we represent E.W. James & Sons, Inc. in the above-referenced matter. As set forth in our summary judgment briefing (DN 15, 24) and our motion to strike (DN 23), no evidentiary support exists for Ms. Chambers's claims against our client. Accordingly, the continued prosecution of these claims by Ms. Chambers, and by you as her counsel, is improper.

      Accompanying this letter is a copy of E.W. James & Sons, Inc.'s motion for attorney's fees and expenses pursuant to Rules 11 and 54 of the Federal Rules of Civil Procedure, 28 U.S.C. §1927, and the Court's inherent powers, along with a supporting memorandum and declaration, as well as a proposed order. These motion papers will be filed with the Court unless, within twenty-one (21) days, Ms. Chambers withdraws her opposition to our motion for summary judgment.

Attorneys Embry, Robinson, and Hallock
July 18, 2008
Page 2

        Very truly yours,

        STOLL KEENON OGDEN, PLLC

        John O. Sheller

Enclosures